IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-934-WYD-CBS**

**JEFFREY EVANS and
ENTRANCE SOLUTION, a Colorado unincorporated nonprofit association,**

        Plaintiffs,

v.

**KATHRYN KOCH, in her official capacity as City Clerk, City of Aspen,**

        Defendant.

## ORDER

Kane, J.

I have reviewed the Stipulated Motion for Relief Under Emergency Motion for Preliminary Injunction(doc. #5), filed May 7, 2007, and DENY the same. The parties have agreed to the relief requested and may implement it without court intervention. Accordingly, there is no justiciable issue to be decided.

Dated this 7th day of May, 2007.

        BY THE COURT:

        *S/John L. Kane*
        Senior Judge, United States District Court